IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



**KEITH BRUNELLE**                                                                          **PLAINTIFF**

VS.                                                                    NO. 4:07cv54HTW-LRA

**MCKEE FOODS CORPORATION**                                              **DEFENDANT**

## COMPLAINT
## JURY TRIAL REQUESTED

Comes now the Plaintiff, Keith Brunelle, by and through his attorney, and files this Complaint against the Defendant, McKee Foods Corporation, and in support thereof would respectfully show unto the Court as follows:

1. Federal jurisdiction is based on diversity of citizenship of the parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2. The Plaintiff, Keith Brunelle, is an adult resident citizen of Lauderdale County, Mississippi, whose address is 3005 40th Street, Meridian, MS 39305.

3. The Defendant, McKee Foods Corporation ("McKee"), is a foreign corporation doing business in the State of Mississippi, and which may be served by and through its registered agent for service of process, T.M. Bahner at 2 Union Square Suit, Chattanooga, TN 37402.

4. On or about August 13, 2006, the Plaintiff, Keith Brunelle, purchased a box of Little Debbie Fudge Rounds, which were manufactured by Defendant, McKee Foods Corporation. On or about August 14, 2006, while eating one of the Fudge Rounds from the box that he had purchased, Plaintiff bit into a sharp, triangular, metal object that was present in the Fudge Round, which

resembled a fragment of a blade. At this point in time, Plaintiff had already consumed several of the Fudge Rounds both this day and the preceding evening.

5. On August 14, 2006, Plaintiff began to experience pain in his chest and abdomen and reported to the emergency room at Jeff Anderson Regional Medical Center with these complaints. While there, x-rays were performed which showed several pieces of metal inside of Plaintiff. Plaintiff was released following treatment that day to help aid him in passing the metal objects. However, after not passing the metal objects that evening, Plaintiff was re-admitted to the hospital the following day with acute pain. At this time, he was hospitalized for three days. During this time, Plaintiff experienced excruciating pain because of the presence of these sharp metal pieces inside of his stomach and digestive tract. On his third day of hospitalization, during his preparation for a colonoscopy, Plaintiff passed the sharp metal objects, which were retained by the hospital at that time.

6. While hospitalized, Mr. Brunelle incurred $12,329.95 in medical bills and expenses. Additionally, Plaintiff experienced much pain and suffering as a result of this incident. And the humiliation and mental anguish that Plaintiff suffered due to Defendant's defective product was also considerable.

7. The Food and Drug Administration performed an investigation into the matter, which upon information and belief, Plaintiff states is still ongoing as of the time of the filing of this Complaint.

8. Defendant is strictly liable for the defective and contaminated Fudge Rounds that Plaintiff ingested, which contained metal objects. As such, defendant, McKee Foods Corporation, is liable for the injuries that Plaintiff incurred and the suffering that Plaintiff underwent.

9. Defendant's defective product was both the actual and proximate cause of Plaintiff's injuries, and the Plaintiff is entitled to recover from the Defendant all of the damages in the following manners and respects:

    A. Medical and related expenses;

    B. Physical pain and suffering;

    C. Mental and emotional distress and humiliation;

    D. Loss of wages;

    E. All other damages arising from the injuries to the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Keith Brunelle, prays for judgment against Defendant, McKee Foods Corporation, in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) together with all costs of this proceeding.

THIS, the 13 day of April, 2007.

Respectfully submitted,

PLAINTIFF, KEITH BRUNELLE

BY: _____
R. KEVIN HAMILTON
ATTORNEY FOR PLAINTIFF

JOE CLAY HAMILTON (MS Bar 2973)
R. KEVIN HAMILTON (MS Bar 100886)
THE HAMILTON LAW FIRM
P. O. Box 1511
Meridian, MS 39302-1511
Phone: (601)693-5548

3